**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Tracy Foley,                          )
                                      )   CV-08-769-DCB P
     Plaintiff,                   )
                                      )
vs.                                   )
                                      )   **ORDER**
K.M. Gerstel, et al.,                 )
                                      )
     Defendants.                  )
_____   )

    Plaintiff, a state prisoner proceeding *pro se,* filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  This Court entered an Order in August 2009 dismissing the action for failure to exhaust administrative remedies.  On June 15, 2010, the Ninth Circuit Court of Appeals entered a Memorandum Opinion affirming this Court's Order.

    Accordingly,

    IT IS ORDERED that Plaintiff's motions to reconsider (Doc. 26, 28) are denied as moot.  This action remains closed.

    DATED this 22nd day of March, 2011.


David C. Bury
United States District Judge

1